**Electronically Filed
Supreme Court
SCPW-26-0000411
08-JUN-2026
08:01 AM
Dkt. 7 ODDP**

SCPW-26-0000411

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

REYNALDO VALDES-PAZ, Petitioner,

vs.

GENE DEMELLO, JR., Chairperson of the Hawaiʻi Paroling Authority,
Department of Corrections and Rehabilitation, State of Hawaiʻi;
TOMMY JOHNSON, Director of the Department of Corrections and
Rehabilitation, State of Hawaiʻi; and SHANNON CLUNEY, Warden of
the Halawa Correctional Facility, Department of Corrections and
Rehabilitation, State of Hawaiʻi, Respondents.

_____

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION WITHOUT PREJUDICE</u>
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Costa, assigned by reason of vacancy)

Upon consideration of the petition for writ of habeas corpus filed June 3, 2026, and the record, expedited relief is available to Petitioner in the circuit court through the post-conviction process. <u>See</u> Hawaiʻi Rules of Penal Procedure Rule 40(d) (eff. 2006) ("Where the petition makes a showing of entitlement to immediate relief, the court may shorten the time in which to respond to the petition.").

Also, habeas corpus petitions that require an evidentiary hearing must be filed in the circuit court rather than this court.  See Eason v. State, 157 Hawai‘i 252, 268, 576 P.3d 765, 781 (2025) (observing that, in Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976), we declined to proceed on this court's concurrent jurisdiction where an evidentiary hearing was required and relief was available in the circuit court); Matter of Individuals in Custody of State, No. SCPW-21-0000483, 2021 WL 4762901, at *15 (Haw. Oct. 12, 2021) (McKenna, J., concurring and dissenting) ("Habeas petitions requiring evidentiary hearings, however, must be filed in the circuit courts."). Thus, relief is available to Petitioner in the circuit court, and we do not find that a special reason exists to invoke this court's original jurisdiction.  See Oili, 57 Haw. at 412, 557 P.2d at 788.

It is ordered that the petition is denied without prejudice to Petitioner seeking habeas corpus relief in the circuit court.

DATED:  Honolulu, Hawai‘i, June 8, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Brian A. Costa

